NICHOLAS KRAGULAC, ET AL. *v.* MIRKO MARICH, ET AL.

[No. 20714. Filed November 13, 1968. No Petition for Rehearing filed.]

*John N. Stanton, Nick Stepanovich, Davis S. Stevens, Stepanovich & Stevens*, of East Chicago, for appellants.

*Martin A. Karr*, of East Chicago, for appellees.

PFAFF, J.—This appeal is by the same appellants and involves the same issues decided in Cause No. 20503, *Kragulac*

*v. Marich* (1968), 142 Ind. App. 529, 236 N. E. 2d 58 (transfer denied August 22, 1968).

On the authority of the above cited case, this appeal is dismissed.

Cook, P.J., and Bierly and Smith, J.J., concur.

NOTE.—Reported in 241 N. E. 2d 376.